# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

AHMED G. TURAY JR,

        Plaintiff,

  v.

CLARK COUNTY, et. al,

        Defendants.

CASE NO. C16-5388 RBL-JRC

ORDER TO SHOW CAUSE

The Court has reviewed plaintiff's application to proceed in forma pauperis and Prison Trust Account Statement (Dkt. 4).

Plaintiff's declaration filed on May 23, 2016 indicates that he has $3,000.00 in bank accounts (Dkt. 1) but his Prison Trust Account Statement from Clark County Jail (Dkt. 4) filed on June 10, 2016 indicates he is unable to afford the Court's filing fee or give security therefore.

The Court may permit indigent litigants to proceed *in forma pauperis* (IFP) upon completion of a proper affidavit of indigency. *See* 28 U.S.C. §1915(a). However, the Court has broad discretion in denying an application to proceed IFP. *Weller v. Dickson*, 314 F.2d 598 (9th Cir.1963), *cert. denied*, 375 U.S. 845 (1963). Based on the information provided by plaintiff, the

1 Court is unable to determine whether his IFP application should be granted because it appears 2 that he has funds available to pay the filing fee.  Dkt. 1.

3 Accordingly, the Court **ORDERS**:

4 (1) Plaintiff shall provide the Court with a written explanation on or before August 8, 5 2016 demonstrating why his IFP should not be denied given the fact that he has $3,000.00 in his 6 bank accounts.  Plaintiff's failure to do so shall be deemed a failure to properly prosecute this 7 matter and the Court will recommend dismissal of this matter.

8 (2) The Clerk is directed to send a copy of this Order to Plaintiff.

10 Dated this 15th day of July, 2016.

J. Richard Creatura
United States Magistrate Judge