UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AHMED G. TURAY JR.,

          Plaintiff,

    v.

CLARK COUNTY JAIL,

          Defendants.

CASE NO. 3:16-cv-05388 RBL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)      The Court adopts the Report and Recommendation [Dkt. #18].

    (2)      Because petitioner has failed to name a proper respondent and to exhaust his remedies in state court before the filing of this petition for writ of habeas corpus, the Court ORDERS that the petition [Dkt. #17] be dismissed without prejudice and the IFP application be denied as moot (Dkt. 16). The Court also denies issuance of a certificate of appealability.

    **DATED** this 20th day of December, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1